### GUARANTY STATE BANK & TRUST CO. v. OKLAHOMA COAL CO.

(Circuit Court of Appeals, Fifth Circuit. December 1, 1913.)

No. 2,568.

BANKS AND BANKING (§ 138*)—UNAUTHORIZED PAYMENT OF CHECKS—LIABILITY TO DEPOSITOR.

A bank *held* liable to a corporation depositor for the amount of checks paid which were drawn without the authority of the corporation.

[Ed. Note.—For other cases, see Banks and Banking, Cent. Dig. §§ 398–405; Dec. Dig. § 138.*]

In Error to the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge.

Action at law by the Oklahoma Coal Company against the Guaranty State Bank & Trust Company. Judgment for plaintiff, and defendant brings error. Affirmed.

W. T. Henry, of Dallas, Tex., for appellant.

Joseph Manson McCormick, of Dallas, Tex., for appellee.

Before PARDEE and SHELBY, Circuit Judges, and CALL, District Judge.

PER CURIAM. In the court below the trial judge directed a peremptory verdict for the plaintiff.

We have carefully considered all the evidence, and on principle, and in the light of well-adjudged cases, we are clear that the trial judge was correct in his ruling. Morse on Banking, § 440; Zane on Banking, § 135; Havana Cent. R. Co. v. Central Trust Co. (C. C. A.) 204 Fed. 550; Merchants' Nat. Bank v. Nichols & Shepard Co., 223 Ill. 41, 79 N. E. 38, 7 L. R. A. (N. S.) 752; Honig v. Pacific Bank, 73 Cal. 464, 15 Pac. 58.

Judgment affirmed.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes